**JAMES L. FAULKNER, ESQ. SBN 61090**
**KATHLEEN ELLIS FAULKNER, ESQ., SBN 128883**
**MATTHEW J. FAULKNER, ESQ., SBN 216126**
**FAULKNER LAW OFFICES**
**1825 -18th STREET**
**BAKERSFIELD, CA 93301**
**(661) 327-0601**

**Attorney for Plaintiff,**
**SKYLER VISCONTI**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SKYLER VISCONTI,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CITY OF BAKERSFIELD; RYAN FLOYD, Badge # 875; OFELIO LOPEZ, Badge # 896; SGT. MARK GRIMM, Badge #361; ERIC MATLOCK, POLICE CHIEF; ALAN TANDY, CITY MANAGER;**<br><br>**Defendants.** | **Case No.: CIV-F-03-6874 TAG**<br><br>**NOTICE OF SETTLEMENT AND ORDER**<br><br>**U.S. Magistrate Theresa A. Goldner**<br><br>**Trial Date: May 23, 2005** |

**TO THE CLERK OF THE COURT:**

The above-captioned matter has been settled. The parties request that the Pretrial Conference currently scheduled for May 6, 2005, at 1:30 p.m. and the Trial currently scheduled for May 23, 2005, at 9:00 a.m. be taken off calendar.

///

///

///

///

///

**FURTHERMORE,** that upon plaintiff's receipt of the settlement draft, the parties agree that a stipulated dismissal will be filed with the Court no later than May 20, 2005.

DATED: May 3, 2005

FAULKNER LAW OFFICES

By: /S/
KATHLEEN ELLIS FAULKNER
Attorney for Plaintiff

DATED: May 3, 2005

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

By: /S/
JACOB J. RIVAS
Attorney for Defendants

**ORDER**

The Notice of Settlement having been read and considered by the Court, and good cause appearing:

**IT IS HEREBY ORDERED** that all court dates in the above-captioned matter are vacated, and a stipulated dismissal be submitted no later than May 20, 2005.

DATED: 5/4/2005

Theresa A. Goldner
UNITED STATES MAGISTRATE JUDGE