Jacob J. Rivas, No. 208504
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants CITY OF BAKERSFIELD; RYAN FLOYD, BADGE #875; OFELIO LOPEZ, BADGE #896; SGT. MARK GRIMM, BADGE #361; ERIC MATLOCK, POLICE CHIEF; and ALAN TANDY, CITY MANAGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER VISCONTI,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF BAKERSFIELD; RYAN FLOYD, Badge #875; OFELIO LOPEZ, Badge #896; SGT. MARK GRIMM, Badge #361; ERIC MATLOCK, POLICE CHIEF; ALAN TANDY, CITY MANAGER,<br><br>  Defendants. | Case Number 1:03-cv-6874 TAG<br><br>**STIPULATED DISMISSAL; ORDER THEREON** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that defendant RYAN FLOYD be dismissed in exchange for FIVE THOUSAND DOLLARS ($5,000.00), and defendants CITY OF BAKERSFIELD; OFELIO LOPEZ, BADGE #896; SGT. MARK GRIMM, BADGE #361; ERIC MATLOCK, POLICE CHIEF; and ALAN TANDY, CITY MANAGER, be dismissed with prejudice in accordance with a waiver of costs in this matter.

MARDEROSIAN, RUNYON, CERCONE,, LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Visconti v. City of Bakersfield, et al.
United States District Court, Eastern District of California, Case No. CIV-F-03-6874 REC TAG
1

| | |
|---|---|
| Dated: May 12, 2005 | MARDEROSIAN, RUNYON, CERCONE LEHMAN & ARMO |
| | By: /s/ Jacob J. Rivas, Esquire<br>JACOB J. RIVAS,<br>Attorney for defendants above-named. |
| Dated: May 2, 2005 | FAULKNER LAW OFFICES |
| | By: /s/ Kathleen Ellis Faulkner, Esq.<br>KATHLEEN ELLIS FAULKNER<br>Attorney for Plaintiff,<br>SKYLER VISCONTI |

## **ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above entitled action be dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   May 12, 2005**            /s/ Theresa A. Goldner
j6eb3d                    UNITED STATES MAGISTRATE JUDGE

MARDEROSIAN,
RUNYON, CERCONE,,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Visconti v. City of Bakersfield, et al.
United States District Court, Eastern District of California, Case No. CIV-F-03-6874 REC TAG
2